**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

2019 OCT 17 PM 12: 37

CLERK
S.D. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Damien Armead Gaines

Crim. No.   4:10CR00260-1

On August 9, 2017, the above named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Ernest Orlando
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 17th _____ day of October, 2019.

William T. Moore, Jr.
Judge, U.S. District Court